721 So.2d 898 (1998)
STATE of Louisiana
v.
Eddie JARRELL.
No. 98-KP-0707.
Supreme Court of Louisiana.
July 2, 1998.
Writ granted; conviction and sentence reinstated. Even assuming that Jarrell's 1994 filing in the court of appeal based on Sullivan v. Louisiana, 508 U.S. 275, 113 S.Ct. 2078, 2081, 124 L.Ed.2d 182 (1993) and Cage *899 v. Louisiana, 498 U.S. 39, 111 S.Ct. 328, 112 L.Ed.2d 339 (1990), as transferred by that court to the district court for consideration, satisfied the procedural requirements of La. C.Cr.P. art. 926 and the timeliness requirements of La.C.Cr.P. art. 930.8, on the merits "it is now Victor [v. Nebraska, 511 U.S. 1, 114 S.Ct. 1239, 127 L.Ed.2d 583 (1994), rather than Cage,] which should be applied retroactively." Gaston v. Whitley, 67 F.3d 121, 122 (5th Cir.1995). Under Victor, Jarrell's instruction claim fails. See State v. Smith, 91-0749, p. 13 (La.5/23/94), 637 So.2d 398, 406.
JOHNSON, J., would grant and docket.
CALOGERO, C.J., not on panel.